UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cesar De La Garza, | Civil No. 06-208 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Joan Fabian, Erik Skon, Jessica Symmes, Mark Thielen, Lacie Stevenson, Lynn Dingle, Jane Norman, | |
| Defendants. | |

---

Finding that the March 13, 2006 Order of United States Magistrate Judge Jeanne J. Graham is neither clearly erroneous nor contrary to law, **IT IS ORDERED**:

1. The Objections (Doc. No. 23) are **OVERRULED**;

2. The Order (Doc. No. 20) is **AFFIRMED**;

3. Plaintiff's Motion for Copies of the Complaint (Doc. No. 8) is **DENIED**;

4. On or before April 10, 2006, Plaintiff shall file one properly completed Form USM-285 and one copy of his final pleading for each Defendant to be served, failing which it will be recommended that the action be dismissed pursuant to Fed. R. Civ. P. 41(b);

5. If Plaintiff complies with the requirements of this Order in a timely manner, a summons shall be issued and the U.S. Marshal shall effect service of process on those Defendants for whom Plaintiff has submitted a properly completed Marshal service form and an extra copy of his pleading; and

     6.  Plaintiff's Motion for Appointment of Counsel (Doc. No. 7) is **DENIED**.

Dated:  March 27, 2006

                                                 <u>s/Richard H. Kyle</u>
                                                 RICHARD H. KYLE
                                                 United States District Judge