# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Cesar de la Garza,                                             Civil No. 06-208 (RHK/JJG)

          Plaintiff,                                                   **ORDER**

v.

Joan Fabian, et al.,

          Defendants.

_____

          After a de novo review of the Objected to portions of Magistrate Judge Jeanne J.

Graham's June 28, 2006, Report and Recommendation, and upon all the files, records, and

proceedings herein, **IT IS ORDERED**:

    1.  The Objections (Doc. No. 59) are **OVERRULED**;

    2.  The Report and Recommendation (Doc. No. 53) is **ADOPTED**; and

    3.  Plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order

(Doc. Nos. 10 and 11) are **DENIED AS MOOT**.

Dated: July 26, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge