# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Cesar de la Garza,                                              Civil No. 06-208 (RHK/JJG)

      Plaintiff,                                               **ORDER**

v.

Joan Fabian, et al.,

      Defendants.
_____

     "Defendant's Motion To Recusal of Judge Kyle and Graham" (Doc. No. 122) is **DENIED**.

Dated: May 6, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge